**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 18 CR 232-1 |
| COREY BENSON, | Judge Rebecca R. Pallmeyer |
| Defendant. | |

**SUPPLEMENTAL PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Federal Rule of Criminal Procedure 16(d), it is hereby ORDERED:

1. Consistent with the terms of Federal Rule of Criminal Procedure 16, the government previously provided certain discovery to defendants.

2. On April 17, 2018, Judge Cole entered a protective order for all discovery in this case. [Dkt 5].

3. Pursuant to the discussion held in open court on November 29, 2018, all discovery materials in the possession of Defendant Corey Benson and his attorney will be subject to this supplemental protective order.

4. Mr. Benson's attorney will collect any discovery or copies of discovery items previously tendered to Mr. Benson for review, and maintain possession of these materials and any future materials. Any discovery materials in Mr. Benson's possession will be returned to his attorney no later than Monday, December 10, 2018.

5. Mr. Benson may view discovery with and in the presence of his attorney, but he may not retain any discovery materials.

ENTERED:

 

_____
REBECCA R. PALLMEYER
United States District Judge

Date: November 29, 2018